HC-001

Name: Eric Gulbronson

Address: Calif. Correctional Institut.
(CCI) 4B/8B-108-ASU
P.O. Box 1906
Tehachapi, CA 93581

CDC or ID Number: H52054

**FILED**

JUL 28 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA
COUNTY OF KERN

_____
*(Court)*

| | |
|---|---|
| ERIC C GULBRONSON | **PETITION FOR WRIT OF HABEAS CORPUS** |
| Petitioner | No. 2:22 - CV 1335   AC HC |
| vs. | *(To be supplied by the Clerk of the Court)* |
| P. HORN, Chief Deputy Warden, CCI | |
| Respondent | |

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
*www.courts.ca.gov*

**This petition concerns:**

- [ ] A conviction
- [ ] Parole
- [ ] A sentence
- [ ] Credits
- [x] Jail or prison conditions
- [x] Prison discipline
- [ ] Other (specify): _____

1. Your name: Eric Gulbronson

2. Where are you incarcerated? California Correctional Institution (CCI)

3. Why are you in custody?  [ ] Criminal conviction  [x] Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon"):
   (Illegal) Board of Prison Hearings (BPH) Non-Violent Parole pro-ceedings on May 20, 2021 × "DENIAL"; Inre: GULBRO-NSON (H57054) on Writ of Habeas Corpus, Sup. Ct. of CA, Co. of KERN, Case # HC017083A

   b. Penal or other code sections: CA Prop. 36 Non-Violent/Non-serious 3rd Strike

   c. Name and location of sentencing or committing court:
   Sup. Ct of CA, Co. of Lassen, Susanville, CA

   d. Case number: CH015379

   e. Date convicted or committed: Aug. 2001

   f. Date sentenced: Oct. 2001

   g. Length of sentence: 25 years to life with parole

   h. When do you expect to be released? N/A

   i. Were you represented by counsel in the trial court?  [x] Yes  [ ] No   *If yes, state the attorney's name and address:*
   Richard Westley Maxion (RIP), 1650 Oregon Street, #201, Redding, CA 96001

4. What was the LAST plea you entered? *(Check one):*
   [x] Not guilty  [ ] Guilty  [ ] Nolo contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?
   [x] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

The respondent P. HORN allowed with deliberate indifference
his/her subordinates to house petitioner in an illegal
"management cell" (4B/8B-105) for "21" days (from 9/16/21
to 10/07/21) without personal property, laundry, packages,
canteen, or due process as a retaliatory measure in
direct violation of petitioners Mental Health Care Status
of CCCMS and CA Penal Code § 2602, and then lied about it.

a. **Supporting facts:**

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

On 9/16/21, The Respondent P. HORN, Chief Deputy Warden of CCI
allowed with Deliberate indifference his/her subordinates
to illegally house respondents' civil committment, i.e., Petition-
er ERIC GUILBRONSON, in a bare "Management Cell"
with no personal property, laundry, packages, canteen,
or Due process as a retaliatory measure until
petitioner went on a hunger strike from 10/01/21 to
10/07/21 and nearly died, as petitioner is elderly,
has Stage 3 Hep-C condition and in the Mental Health
Delivery System at the level of CCCMS, and is under
CA Penal Code, § 2602 ORDERS, which resulted in
EXTREME Cruel and unusual punishment, and then respondent
lied in a CDCR 602 Grievance response to cover it up.

b. **Supporting documents:**

Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duvall* (1995) 9 Cal. 4th 464, 474.)

CDCR 602-1 Emergency Grievance
OGT Log # 171174

CDCR SOMS ICCT 154 Notice of Classification Hearing
"ASU; Safety Concerns; Transfer" - 10/28/2021

c. **Supporting cases, rules, or other authority** *(optional):*

(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

Coleman v. Newsom, Case No. 90-CV-00529 (E.D. Cal.)
Plata v. Newsom, Case No: 01-CV-01351 (N.D. Cal.),
Armstrong v. Newsom, Case No: 94-CV-02307 CW;
California Penal Code, sections, 146; 147; & 2650-2652;
U.S. Constitution, Amendments, 8; & 14; AND,
COVID-19 Pandemic Relief Measures / CARES ACT
et seq.

7. **Ground 2 or Ground _____** *(if applicable):*

Respondent P. Horn, CDW, allowed his/her subordinates, viz., Sgt. Gibbons and Corr. officer A. WATT to deliberately with malice afore thought, steal, defraud, embezzle and fabricate and forge property and packages and their receipts, and deprive petitioner of his property without due process of law, and then lied to cover it up.

a. **Supporting facts:**

Sgt. Gibbons and C/O A. WATT stole, defrauded and embezzled petitioners personal property and packages that were ordered and paid for by an outside source via Vendors, e.g. Union Supply Direct, Access Secure Pak and Walkenhorsts, and then falsified CDCR 1083 Inmate property Invoice Receipts. Illegal non regulatory ASU Allowable property sheets; and, based on information and belief, forged or let inmates forge petitioners' signatures on incoming packages Invoices and order receipts and then defrauded and embezzled from the ordering source, e.g. Don Mc-Alvany, International Collectors Associates (ICA) 166 Turner Drive, Durango, CO 81303, et al. which, said illegal acts were allowed to occur by Respondent P. HORN with Deliberate Indifference, thus violating petitioners civil rights within the meaning of Cruel and unusual punishment, deprivation of property without due process, and deprivation of equal protection of the law, and as a result petitioner suffered and suffers now egregious harm, pain and anguish, and deprivation.

b. **Supporting documents:**

Same as Claim #I herein

c. **Supporting cases, rules, or other authority:**

Coleman v. Newsom, U.S. Constitution Amendments I, 5, 8, and, 14; CA Penal Code, sections 146, (2)(b)(c), 147, and, 2650-2652; Title 42 USC §1985, "Conspiracy To Deprive Persons of Their Civil Rights," and §1986, "Failure To Prevent Conspiracy To Deprive Persons of Their Civil Rights", et seq.

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes ☐ No    If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):
   _____

   b. Result: _____    c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised: (1) _____

      (2) _____

      (3) _____

   f. Were you represented by counsel on appeal? ☐ Yes ☐ No    If yes, state the attorney's name and address, if known:
   _____
   _____

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No    If yes, give the following information:

   a. Result: _____    b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____

      (2) _____

      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal (see *In re Dixon* (1953) 41 Cal.2d 756, 759):
   _____
   _____
   _____

11. Administrative review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:

   Respondent P. Horn allowed his/her subordinates to obstruct justice by throwing away Grievances that had evidentiary exhibits, viz. CDCR 1083 "Inmate Property Invoice Receipts" as part of their conspiracy to deprive petitioner of his civil rights, and Two Emergency Grievances (Appeal of Grievances (Log #171174 and Log #170805) were mailed to H. MOSELEY, Chief of Appeals, CDCR, Sacramento, CA 95811, yet may have been obstructed by guards

   b. Did you seek the highest level of administrative review available? ☑ Yes ☐ No
   *Attach documents that show you have exhausted your administrative remedies.* (See *People v. Duvall* (1995) 9 Cal.4th 464, 474.)

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767–769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)
   ☑ Yes    If yes, continue with number 13.    ☐ No    If no, skip to number 15.

13 a. (1) Name of court: Superior Court of California, County of KERN

(2) Nature of proceeding (for example, "habeas corpus petition"): Habeas Corpus Petition

(3) Issues raised: (a) Obstructions of Justice

(b) Conspiracy To Deprive Persons of Their Civil Rights

(4) Result (attach order or explain why unavailable): PENDING

(5) Date of decision:

b. (1) Name of court:

(2) Nature of proceeding:

(3) Issues raised: (a)

(b)

(4) Result (attach order or explain why unavailable):

(5) Date of decision:

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Robbins (1998) 18 Cal.4th 770, 780.)

16. Are you presently represented by counsel? ☐ Yes ☑ No    If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☑ Yes ☐ No    If yes, explain:
Title 42 USC, Sections 1983, 1985, & 1986 Civil
Rights Lawsuit. U.S. Dist. Ct., E.D. Cal

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
This Honorable Court has imminent jurisdiction on the
grounds that Respondent P. HORN and his/her subordin-
ates Committed these crimes in KERN County while acting
under color of authority.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: NOV. 01, 2021

(SIGNATURE OF PETITIONER)
L-HANDED

# WORLD WAR II  WORD SEARCH

Let's explore World War II together while completing this word search. The words in this word search are hidden across, down, and diagonally, with backwards.

```
N B O W A I H D R E B M E T P E S D N C
I G C Y S F Y L R I H N T R I K T Y R B
A T O Y S E Y R M E P N A E N H E T A E
L W N I O R O O A O E M N A P A J N W C
T T F E V T A W L T D O T A S O I A S N
T Y L M I R A A E H I D O U N H A D U A
I L I L E S N T P A S L A U C R M D R R
P A C L T D O T M C F O I Y E B I A I F
A T T E U T E E O N O L O M S L R N F S
C I U E N R H M S E T A T S D E T I N U
H N C I I G M D M E N O I T A R E B I L
N T L A O U A A B F R E D N E R U S E
O E I M N O Y H W F N E A I R F O R C E
I F I I H D N N I A T I R B T A E R G Y
S U S H E N A L R W L T O I I E P H R I
A T L S A N M L R T E D I C T A T O R W
V H T O I B R N T F T L E V E S O O R T
N F O R T I E S H U A T O M I C B O M B
I T E I L I G E O L O P O R R I U I F H
E T F H Y D N A M R O N F O E L T T A B
```

| | | | | |
|---|---|---|---|---|
| AIRFORCE | CONFLICT | GREATBRITAIN | LIBERATION | SOVIETUNION |
| ATOMICBOMB | DDAY | HIROSHIMA | LUFTWAFFE | SURRENDER |
| BATTLEOFNORMAN | DICTATOR | HITLER | MILITARY | TANKS |
| DY | FORTIES | INVASION | POLAND | UNITEDSTATES |
| CHINA | FRANCE | ITALY | ROOSEVELT | WAR |
| COMMUNIST | GERMANY | JAPAN | SEPTEMBER | WORLD |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**FINGERPRINT CARD**

NO. H-52054

NAME GULBRONSON, ERIC     CLASS _____

ALIAS _____     REF. _____

**Right Hand**



| Hair | BRN | Eyes | BRN | Complexion | LHT | Height | 5'6 |
|------|-----|------|-----|------------|-----|--------|-----|
| Weight | 150 | Age | 21 | Build | MED | Occupation | CARPENTER |
| Rec'd at | SQ | Date | OCT 14 1992 | County | SIS | Nativity | NH |
| Offense | CASE#7027 CT 1 PC 459 BURG 2ND | | | Term | 2 YRS | Race | WHT |

Marks, Scars, Tattoos (Location & Brief Description — Scar Right Eye, Tattoo Eagle Right Forearm. NOTE: If numerous list those most prominent).

*D.L. Elliott*                    X *Eric L. Bronson*

Taken by                    Signature

Left _____     Left Thumb     Right Thumb     Right Hand



0000197

CR-290

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: ERIC GULBRONSON, H-52054

| FCR320024 | -A | | -B | | -C | | -D |
|---|---|---|---|---|---|---|---|

**9. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):**

**a. Restitution Fines:**

Case A: $ 300.____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $ 300.____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case B: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case C: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case D: $_____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment); $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

**b. Restitution per PC 1202.4(f):**

Case A: $_____    ☐ Amount to be determined    to    ☐ victim(s)*    ☐ Restitution Fund
Case B: $_____    ☐ Amount to be determined    to    ☐ victim(s)*    ☐ Restitution Fund
Case C: $_____    ☐ Amount to be determined    ·to    ☐ victim(s)*    ☐ Restitution Fund
Case D: $_____    ☐ Amount to be determined    to    ☐ victim(s)*    ☐ Restitution Fund

☐ *Victim name(s), if known, and amount breakdown in item 13, below.    ☐ *Victim name(s) in probation officer's report.

**c. Fines:**

Case A: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days ☐ county jail  ☐ prison in lieu of fine  ☐ concurrent  ☐ consecutive
☐ includes:  ☐ $____ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case B: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days ☐ county jail  ☐ prison in lieu of fine  ☐ concurrent  ☐ consecutive
☐ includes:  ☐ $____ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case C: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days ☐ county jail  ☐ prison in lieu of fine  ☐ concurrent  ☐ consecutive
☐ includes:  ☐ $____ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case D: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days ☐ county jail  ☐ prison in lieu of fine  ☐ concurrent  ☐ consecutive
☐ includes:  ☐ $____ Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

**d.** Court Operations Assessment: $ 40.___ per PC 1465.8. **e.** Conviction Assessment: $ 30.___ per GC 70373. **f.** Other: $_____ per (specify): _____

**10.** TESTING: ☐ Compliance with PC 296 verified  ☐ AIDS per PC 1202.1  ☐ other (specify):

**11.** REGISTRATION REQUIREMENT: ☐ per (specify code section): _____

**12.** ☐ MANDATORY SUPERVISION: Execution of a portion of the defendant's sentence is suspended and deemed a period of mandatory supervision under Penal Code section 1170(h)(5)(B) as follows (specify total sentence, portion suspended, and amount to be served forthwith):

Total:|_____ | Suspended:|_____ | Served forthwith:|_____ |

**13.** Other orders (specify):

**14.** IMMEDIATE SENTENCING: ☐ Probation to prepare and submit a post-sentence report to CDCR per 1203c.
Defendant's race/national origin: _____

**15.** EXECUTION OF SENTENCING IMPOSED

a. ☑ at initial sentencing hearing A
b. ☐ at resentencing per decision on appeal
c. ☐ after revocation of probation
d. ☐ at resentencing per recall of commitment (PC 1170(d).)
e. ☐ other (specify):

**16. CREDIT FOR TIME SERVED**

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | -0- | -0- | -0- | { } 2933 <br> { } 2933.1 <br> {✓} 4019 |
| B | | | | { } 2933 <br> { } 2933.1 <br> { } 4019 |
| C | | | | { } 2933 <br> { } 2933.1 <br> { } 4019 |
| D | | | | { } 2933 <br> { } 2933.1 <br> { } 4019 |

Date Sentence Pronounced
05    25    16

Time Served in State Institution
DMH

**17.** The defendant is remanded to the custody of the sheriff ☑ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays
To be delivered to ☐ the reception center designated by the director of the California Department of Corrections and Rehabilitation
☐ county jail  ☑ other (specify): CDCR

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _____

DATE
MARCH 24, 2017

CR-290 (Rev. July 1, 2012)    **FELONY ABSTRACT OF JUDGMENT—DETERMINATE**    Page 2 of 2

STATE OF CALIFORNIA

**FINGERPRINT CARD**　　　　　　NO. H-52054　　　　　　DEPARTMENT OF CORRECTIONS

NAME　GULBRONSON, ERIC, CONRAD　　　　CLASS

ALIAS　　　　　　　　　　　　　　　　　[PV/WNT]　REF.　A09960562

Right Hand

Left Hand

| Hair | BRN | Eyes | BRN | Complexion | FAIR | Height | 5'6" |
| Weight | 160 | Age | 1-19-71 | Build | MED | Occupation | CONST. |
| Rec'd at | DVI/RC | Date | 9-23-93 | County | SAC | Nativity | N.E. |
| Offense | CS#93F07627 CT.1 POSS F/A EX-FEL PC12021(A) | Term | 1 YR. 4MOS. | Race | WH |

Marks, Scars, Tattoos (Location & Brief Description — Scar Right Eye, Tattoo Eagle Right Forearm. NOTE: If numerous list those most prominent).

Smiling Faces R/Hand

Taken by　　　　　　　　Signature X

| Left Hand | | Left Thumb | Right Thumb | | Right Hand |

CDC

000198

OF CALIFORNIA

**GERPRINT CARD**

DEPARTMENT OF CORRECTIONS

B-52054

NO. GULBRONSON, ERIC CONRAD

ME    GULBRONSON, ERIC CONRAD

CLASS _____

AS _____

REF. _____

**Right Hand**



Left Hand

| | | | | |
|---|---|---|---|---|
| ht   **BRN** | Eyes   **BRN** | Complexion   **LGT** | | Height   **5'6** |
| ht   **150** | Age   **24** | Build   **MED** | | Occupation   **NONE** |
| at   San Quentin State Prison   Date   JUL 1 9 1995 | | County   **SISK** | | Nativity   **N'H** |
| se   CASE # 95-877/52360/53443 | | Term   **12 YRS & NMNTS** | | Race   **UNT** |

s, Scars, Tattoos (Location & Brief Description — Scar Right Eye, Tattoo Eagle Right Forearm. NOTE: If numerous list those most prominent).

38yrs Smcd — LIFE

T.3-A PC 245.3 ASSAULT UPON CUSTODIAL OFFICER

L. 4-A PC 245.3

H. 4B PC 245 (A)(1) ASSAULT WITH DEADLY WEAPON

RR. 12022.7

ct, 1-c.

by   *Martin F. Ferris*

Signature   *E. H. Bronson*

**Left Hand**          **Left Thumb**          **Right Thumb**          Right



38 (7/85)

1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC CONRAD GULBRONSO                    2:22-cv-1129-CKD P

| CALIFORNIA DEP ... | | AND REHABILITATION |
| OTRR314 | | ASS |
| **INMATE'S NAME** | | **HOUSING AREA/BED** |
| Gulbronson, Eric Conrad | H52054 | A 005 1 - 014001L |
| **ISSUED BY** | **ISSUE DATE** | **APPT. DATE** | **APPT. TIME** |
| U. UNKNOWN | 04/21/2022 | 04/22/2022 | 11:00 |
| **APPT. LOCATION** | **TYPE / REASON** | | |
| ASU Clinic Room 116 | Medical/Nursing/ | | |
| **ARRIVAL TIME:** | **RECORDED BY:** | | |
| **DEPART TO:** | **DEPART TIME:** | **RECORDED BY:** | |

13              v.

14    S. ARAN

15

16    _____                                             415

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19    required filing fee of $350.00 plus the $52.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a),

20    1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in

21    support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

25    /////

26

27    [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
       but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not
28    required to pay the $52.00 administrative fee.

                                              1

1   the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result

2   in a recommendation that this action be dismissed; and

3        2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

4   Forma Pauperis By a Prisoner.

5   Dated:  July 6, 2022

6

7                                   CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

8

9

10   1/hh
   gulb1139.3a(CDCR)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        2

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain
Message–Id: Subject:Activity in Case 2:22–cv–01139–CKD (PC) Gulbronson v. Arana et al Order.
Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this
e–mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

### U.S. District Court

### Eastern District of California – Live System

**Notice of Electronic Filing**

The following transaction was entered on 7/7/2022 at 8:37 AM PDT and filed on 7/7/2022

| | |
|---|---|
| *Case Name:* | (PC) Gulbronson v. Arana et al |
| *Case Number:* | 2:22–cv–01139–CKD |
| *Filer:* | |
| *Document Number:* | 4 |

*Docket Text:*
**ORDER signed by Magistrate Judge Carolyn K. Delaney on 7/6/2022 ORDERING that Plaintiff
shall submit, within 30 days from the date of this order, an affidavit in support of his request
to proceed in forma pauperis on the form provided by the Clerk of Court, or, the required
fees in the amount of $402.00. The Clerk of the Court is DIRECTED to send plaintiff a new
Application to Proceed In Forma Pauperis by a Prisoner. (Huang, H)**

**2:22–cv–01139–CKD Notice has been electronically mailed to:**

**2:22–cv–01139–CKD Electronically filed documents must be served conventionally by the filer to:**

Eric Conrad Gulbronson
H–52054
CALIFORNIA STATE PRISON, SACRAMENTO (290066)
P.O. BOX 290066
REPRESA, CA 95671–0066

The following document(s) are associated with this transaction:



# SUPERIOR COURT OF CALIFORNIA
## County of Sacramento
### 720 Ninth Street ~ Room 102
### Sacramento, CA  95814-1380
### (916) 874-5522—Website www.saccourt.ca.gov

## NOTICE OF CASE ASSIGNMENT
### Proceeding for Writ of Habeas Corpus

Case Name/Number:    22HC00372  ERIC GULBRONSON

The Court has received your Petition for Writ of Habeas Corpus and it has been filed. This case has been assigned to the Judicial Officer indicated below pursuant to rule 4.551(3)(A) & 4.561(d)(7) of the California Rules of Court.

| JUDGE | | DEPT. | PHONE |
|---|---|---|---|
| **Hon.** | ACQUISTO | 36 | 874-7661 |

Additional documents submitted for filing in this case shall be filed directly with the clerk in the assigned department, in person or by mail addressed, to the assigned department.

---

## DECLARATION OF MAILING

I, the Clerk of the Superior Court of California, County of Sacramento, certify that I am not a party to this cause, and on the date shown below I served the above entitled **Notice of Case Assignment** by depositing true copies thereof, enclosed in separate, sealed envelopes with the postage fully prepaid, in the United States Mail at Sacramento, California, each of which envelopes was addressed respectively to the persons and addresses shown below:

ERIC GULBRONSON, H52054
PO BOX 290066
REPRESA CA 95671-0066

I, the undersigned deputy clerk, declare under penalty of perjury that the foregoing is true and correct.

Superior Court of California, County of Sacramento

Date: 7/1/2022

By:    F. KILGORE

,Deputy Clerk

---

Notice of Case Assignment

CR-202 (Rev. 12/17/2020)



**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

July 6, 2022

> **CONFIDENTIAL – LEGAL MAIL**

Eric Gulbronson  H52054
California Medical Facility
P.O. Box 2000
Vacaville, CA  95696-2000

     Re:    Response to Your Letter re *Coleman v. Newsom*
            Mental Health Care Class Action
            <u>Our File No. 0489-3</u>

Dear Mr. Gulbronson:

     We received your recent letter(s) regarding mental health care in the California state prison where you are living. A paralegal from our office has reviewed your letter(s) carefully. We are sending this short response now to let you know that your letter was received and read. We are not able to send a personalized response to every letter we receive. Please do feel free to write to us again if you have problems accessing mental health care.

     If you enclosed documents with your letter, you will be receiving, or may have already received, a letter returning those documents.

     We thank you for the information you have provided, and we wish you the best of luck.

                   Sincerely,

                   ROSEN BIEN
                   GALVAN & GRUNFELD LLP

[3788673.3]

**STEVEN M. GARRETT**
Public Defender

**Amanda M. Benson**
Chief Assistant Public Defender

**Torr M. Zielenski**
Chief Assistant Public Defender

**Débra A. McClure**
Bureau Chief of Investigations



**County of Sacramento**
*Office of the Public Defender*

State Prison Division

July 14, 2022

Eric Gulbronson, H52054
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

RE:   Phone Call

Dear Mr. Gulbronson,

I received your letter dated July 5, 2022. Interesting and informative as always. Thank you. Our next court date is July 22 for a trial readiness conference and August 8 for jury trial. I'm in the process of scheduling a phone call with you that hopefully happens before July 22. At the trial readiness conference we need to announce whether we're ready for jury trial on Aug. 8 or not. I'm ready; are you? Any reason we can't proceed with trial then, assuming they have a courtroom for us? Courtrooms for jury trials are somewhat scarce because the backlog that built during COVID is slowly being attacked and state prison cases do not have timing issues (speedy trial) unlike the other felonies and misdemeanors. We'll discuss in greater detail when we talk. I tried to schedule an in-person visit but currently can't because of COVID.

Respectfully,

Greg Foster
Attorney at Law
Assistant Public Defender

client letter 21
7/14/2022


CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OOA ACKNOWLEDGMENT RECEIPT

**Offender Name:** GULBRONSON, ERIC C.                    **Date:** 06/09/2022

**CDC#:** H52054

**Current Location:** SAC-Facility A

**Current Area/Bed:** A 005 2030001L

**From:** Office of Appeals

**Re:** Log # 000000258986

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 06/08/2022. Your appeal has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Appeals will complete its review no later than 08/08/2022.

Please be informed that the Office of Appeals will not respond to any inquiries about the status of an appeal prior to the date shown above.

CDCR SOMS OGTT305
OOA ACKNOWLEDGMENT RECEIPT